Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 7/18/2016

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MORRIS L. GOOCH, ) | Bk. No. **14-08490-KL3-13** |
| 2153 Byrum Avenue ) | Chapter 13 |
| Nashville, TN 37203 ) | Judge Keith M. Lundin |
| SSN: XXX-XX-8932 ) | |
| Debtor(s). ) | |

ORDER DENYING DEBTOR'S APPLICATION TO MODIFY PLAN
BY A SUSPENSION OF PAYMENTS

This matter came to be heard on July 13, 2016 upon the debtor's Application to Modify the confirmed plan seeking to halt payments from the debtor to the Trustee. The Trustee was opposed to the debtor's request. At the call of the docket, the Trustee remained opposed to the debtor's application. Debtor's counsel indicated he could not pursue the application. Based upon this announcement, it is

ORDERED, the debtor's Application to Modify the Plan by a suspension of payments is denied.

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE
TOP OF THE FIRST PAGE.

APPROVED BY:

/s/ Henry E. Hildebrand, III
_____
Henry E. Hildebrand, III
Chapter 13 Trustee
P. O. Box 340019
Nashville, TN 37203-0019
615-244-1101; Fax 615-242-3241
www.ch13nsh.com
pleadings@ch13nsh.com

CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that on or before the 15th day of July, 2016, a true and correct copy of the foregoing has been served in the following manner:

*Email by Electronic Case Noticing to:*

U. S. Trustee
J. Michael Combs, Counsel for Debtor

*By U. S. Postal Service, postage prepaid to:*

Morris L. Gooch, 2153 Byrum Avenue, Nashville, TN 37203

/s/ Henry E. Hildebrand, III
_____
Henry E. Hildebrand, III
Chapter 13 Trustee

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.